UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 13-29915
Krastina Gadjev )
)  Chapter: 13
)  Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

### ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. The property located at 10365 Dearlove Rd., Unit 2E, Glenview IL 60025 will be surrendered post-confirmation and U.S. Bank Trust, N.A will be allowed an unsecured deficiency claim.

Enter:

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated: April 26, 2016

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600